United States District Court
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    CURTIS L. MARTIN,                    No. C 08-04297 CW (PR)
9            Plaintiff,                   ORDER OF TRANSFER
10       v.
11   JOHN DOE,
12           Defendant.
     _____/
13
14       This case was opened when Plaintiff, who is currently
15   incarcerated at Pleasant Valley State Prison (PVSP) sent the Court
16   a two-page hand-written document along with several attachments,
17   including various inmate 602 forms alleging deliberate indifference
18   to his serious medical needs.  In view of all this, the Clerk of
19   the Court concluded that Plaintiff intended to file a civil rights
20   action under 42 U.S.C. § 1983, complaining of acts and omissions
21   relating to his medical care at PVSP.  He has been granted leave to
22   proceed in forma pauperis.
23       When jurisdiction is not founded solely on diversity, venue is
24   proper in the district in which (1) any defendant resides, if all
25   of the defendants reside in the same State, (2) the district in
26   which a substantial part of the events or omissions giving rise to
27   the claim occurred, or a substantial part of property that is the
28   subject of the action is situated, or (3) a judicial district in

which any defendant may be found, if there is no district in which

the action may otherwise be brought.  See 28 U.S.C. § 1391(b).

The acts complained of occurred at the PVSP, which is located

in the Eastern District of California, and it appears that

Defendants reside in that district.  Venue, therefore, properly

lies in that district and not in this one.  See id.

Accordingly, in the interest of justice and pursuant to 28

U.S.C. § 1406(a), this action is TRANSFERRED to the United States

District Court for the Eastern District of California.  The Clerk

of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

Dated: 4/27/09

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

IN RE: CURTIS L MARTIN,

4
                                              Case Number: CV08-04297 CW
            Plaintiff,

5
                                              **CERTIFICATE OF SERVICE**

6
    v.

7
IN RE: CURTIS L MARTIN et al,

8
            Defendant.
_____/

9

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
Court, Northern District of California.

10

11

That on April 27, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
in the Clerk's office.

12

13

14

15

Curtis L. Martin V-36244
3C 139L
Pleasant Valley State Prison
P.O. Box 8503
Coalinga,  CA 93210

16

17

18

Dated: April 27, 2009

                                    Richard W. Wieking, Clerk
19
                                    By: Sheilah Cahill, Deputy Clerk

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California